Roger A. Colvin, Esq. (SBN 068773)
Vincent C. Ewing, Esq. (SBN 177708)
Alvarez-Glasman & Colvin
Attorneys at Law
13181 Crossroads Parkway North
Suite 400 – West Tower
City of Industry, CA  91746
Telephone: (562) 699-5500
Facsimile:  (562) 692-2244
rcolvin@agclawfirm.com

Attorneys for Defendants City of Chico,
Michael A. Dunbaugh, Michael O'Brien,
Jack Ditty, Wayne Rockwell and Jeffrey Kozak

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PATRICK REARDON<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF CHICO; MICHAEL A. DUNBAUGH, individually and in is capacity as Interim Chief of the City of Chico Police Department; MICHAEL O'BRIEN, individually and in his official capacity as Chico Police Captain/Incoming Police Chief; JACK DITTY, individually and in his official capacity as a Chico City Police Officer; WAYNE ROCKWELL, individually and in his official capacity as a Chico City Police Officer; JEFFREY KOZAK, individually and in his official capacity as a Chico Police Officer; and, DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.: 2:15-cv-02410-MCE-CMK<br><br>(*Assigned to the Honorable District Court Judge Morrison C. England, Jr.*)<br><br>**ORDER ALLOWING THE DEPOSITION OF PLAINTIFF SEAN PATRICK REARDON AT DEUEL VOCATIONAL INSTITUTION (DVI)**<br><br>[Filed concurrently with the Joint Stipulation]<br><br>Discovery cut-off: November 18, 2016<br>Trial Date:    None set<br>Judicial Officer:    U.S. Magistrate Judge, Craig M. Kellison |

After full consideration of the parties' Stipulation for an Order allowing the deposition of Plaintiff SEAN PATRICK REARDON at Deuel Vocational Institution (DVI), and finding good cause thereto, the Court hereby makes the following Order:

1

1  Defendants shall be allowed to depose Plaintiff SEAN PATRICK
2  REARDON at Deuel Vocational Institution (DVI) located at 23500 Kasson Road,
3  Tracy, CA 95376 prior to the discovery cut-off date.

**IT IS SO ORDERED**.

Dated:  October 13, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2