ASHLEY R. AMERIO, ESQ. (SBN 230469)
JEFFREY FLETTERICK, ESQ. (SBN 270847)
**AMERIO LAW FIRM P.C.**
1651 Response Road, First Floor
Sacramento, CA 95815
Telephone: (916) 419.1111
Email: ashley@ameriolaw.com
         jeff@ameriolaw.com

Attorneys for Plaintiff,
SEAN PATRICK REARDON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PATRICK REARDON,<br><br>             Plaintiff.<br>      vs.<br><br>CITY OF CHICO; MICHAEL A. DUNBAUGH, individually and in his capacity as Interim Chief of the City of Chico Police Department; MICHAEL O'BRIEN, individually and in his official capacity as a Chico Police Captain/Incoming Police Chief; JACK DITTY, individually and in his official capacity as a Chico City Police Officer; WAYNE ROCKWELL, individually and in his official capacity as a Chico City Police Officer; JEFFREY KOZAK, individually and in his official capacity as a Chico Police Officer; and, DOES 1 to 100, inclusive,<br><br>             Defendants. | CASE NO.  2:15-CV-02410-MCE-CMK<br><br>**STIPULATION TO EXTEND DISCOVERY CUT-OFF; ORDER THEREON** |

IT IS HEREBY STIPULATED and agreed by and between the parties, through their undersigned counsel of record, as follows:

1. That the discovery cut-off date of January 31, 2017 be continued to March 31, 2017 to allow for the taking of numerous depositions by both parties including eight officers and other staff members of the Chico Police department as well as Leander Hutcherson and

several percipient witnesses.  It is anticipated that the depositions will be completed by this date.

    2.    The parties have agreed to coordinate these depositions.

Respectfully submitted.

Dated:  January 18, 2017            **AMERIO LAW FIRM, P.C.**

By: ___/s/ Ashley R. Amerio
      ASHLEY R. AMERIO
      JEFFREY FLETTERICK
      Attorney for Plaintiff,
      Sean Patrick Reardon

Dated:  January 18, 2017            **ALVAREZ-GLASMAN & COLVIN**

By: ___/s/ Roger A. Colvin
      ROGER A. COLVIN
      VINCENT C. EWING
      Attorney for Defendants
      City of Chico, Michael A. Dunbaugh,
      Michael O'Brien, Jack Ditty,
      Wayne Rockwell and Jeffrey Kozak

**ORDER**

IT IS SO ORDERED.

Dated:  January 23, 2017

_[signature]_
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE