ASHLEY R. AMERIO, ESQ. (SBN 230469)
DOUGLAS E. STEIN, ESQ (SBN 131248)
JEFFREY FLETTERICK, ESQ. (SBN 270847)
**AMERIO LAW FIRM P.C.**
1651 Response Road, First Floor
Sacramento, CA 95815
Telephone: (916) 419.1111
Email: ashley@ameriolaw.com
　　　　douglas@ameriolaw.com
　　　　jeff@ameriolaw.com

Attorneys for Plaintiff,
SEAN PATRICK REARDON

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PATRICK REARDON,<br><br>　　　　　Plaintiff.<br>　vs.<br><br>CITY OF CHICO; MICHAEL A. DUNBAUGH, individually and in his capacity as Interim Chief of the City of Chico Police Department; MICHAEL O'BRIEN, individually and in his official capacity as a Chico Police Captain/Incoming Police Chief; JACK DITTY, individually and in his official capacity as a Chico City Police Officer; WAYNE ROCKWELL, individually and in his official capacity as a Chico City Police Officer; JEFFREY KOZAK, individually and in his official capacity as a Chico Police Officer; and, DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | **CASE NO. 2:15-CV-02410-MCE-CMK**<br><br>**REQUEST TO SEAL DOCUMENT & TO ALLOW AMENDED PLEADING** |

On May 1, 2017, Plaintiff, SEAN REARDON, by and through counsel, filed a Motion to Extend discovery. A subpoena was attached as Exhibit 1 and as an aspect of Exhibit 2 to the motion. Counsel inadvertently failed to redact the plaintiff's full birth date from the exhibits. Further, counsel inadvertently failed to redact the reference to the last four digits of plaintiff's social security number.

AMERIO LAW FIRM, P.C.
1651 Response Road, Suite 111
Sacramento, CA 95815

Accordingly, plaintiff requests an order sealing the brief in support of the Motion to Extend, and, to allow filing of the Amended Brief in Support of Motion to Extend, which redacts the birthdate and social security numbers from the exhibits.

This request is made pursuant to Local Rules of Court 140 and 141.

Respectfully submitted.

Dated: May 2, 2017      **AMERIO LAW FIRM, P.C.**

By: _____
DOUGLAS E. STEIN
ASHLEY R. AMERIO
JEFFREY FLETTERICK
Attorney for Plaintiff,
Sean Patrick Reardon

### ORDER

Plaintiff's Brief in Support of the Motion to Extend (ECF No. 13-1) filed on May 1, 2017 shall be sealed. Not later than three (3) days following the date this order is electronically filed, Plaintiff shall file his Amended Brief in Support of the Motion to Extend, which shall be the operative pleading for his motion.

IT IS SO ORDERED.

Dated: May 9, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE