UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PATRICK REARDON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF CHICO, et al.,<br><br>    Defendants. | No. 2:15-CV-02410-MCE-CMK<br><br>**ORDER** |

By way of this action, Plaintiff Sean Patrick Reardon ("Plaintiff") seeks to recover from Defendants for injuries sustained when City of Chico police officers purportedly utilized excessive force during the course of Plaintiff's arrest. The Court stayed this case during the pendency of Plaintiff's state court proceedings, which have now resolved. ECF Nos. 33, 40. Accordingly, not later than ten (10) days following the date this Order is electronically filed, the parties are directed to file a joint status report advising the Court how they anticipate proceeding with this case.

///
///
///
///
///

1

Failure to timely comply with this Order will result in the imposition of sanctions, up to and including terminating sanctions, upon no further notice to the parties.

IT IS SO ORDERED.

Dated: August 6, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE