Roger A. Colvin, Esq. (SBN 068773)
Alvarez-Glasman & Colvin
Attorneys at Law
13181 Crossroads Parkway North
Suite 400 – West Tower
City of Industry, CA  91746
Telephone: (562) 699-5500
Facsimile:  (562) 692-2244
rcolvin@agclawfirm.com
Attorneys for Defendants City of Chico,
Michael A. Dunbaugh, Michael O'Brien,
Jack Ditty, Wayne Rockwell, and Jeffrey Kozak

ASHLEY R. AMERIO, ESQ. (SBN 230469)
MATTHEW D. ENGEBRETSON, ESQ. (SBN 231994)
**AMERIO LAW FIRM P.C.**
1651 Response Road, First Floor
Sacramento, CA  95815
Telephone:  (916) 419-1111
Email:  ashley@ameriolaw.com

Attorneys for Plaintiff, Sean Patrick Reardon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PATRICK REARDON<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF CHICO; MICHAEL A. DUNBAUGH, individually and in his capacity as Interim Chief of the City of Chico Police Department; MICHAEL O'BRIEN, individually and in his official capacity as Chico Police Captain/Incoming Police Chief; JACK DITTY, individually and in his official capacity as a Chico City Police Officer; WAYNE ROCKWELL, individually and in his official capacity as a Chico City Police Officer; JEFFREY KOZAK, individually and in his official capacity as a Chico Police Officer; and, DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.: 2:15-CV-02410-MCE-DMC<br><br>(*Assigned to the Honorable District Court Judge Morrison C. England, Jr.*)<br><br>ORDER RE: COURT RULING ON (1) DEFENDANTS' MOTION FOR ATTORNEY'S FEES UNDER 42 U.S.C. § 1988; (2) REQUEST TO CONTINUE OPPOSITION AND REPLY CUTOFF DEADLINE DATES PENDING EXECUTION OF WAVIERS AND SETTLEMENT AND RELEASE AGREEMENT |

1  Having reviewed the parties' Joint Stipulation for Court Ruling on
2  Defendants' Motion for Attorney's Fees under 42 U.S.C. § 1988 and Request to
3  continue Opposition and Reply Cutoff Deadline Dates pending execution of
4  Waivers and Settlement and Release Agreement by the Parties, the Court continues
5  the cutoff date deadlines for Plaintiff's Opposition and Defendants' Reply to
6  Plaintiff's Opposition for thirty (30) dates in accordance with the original deadline
7  dates.
8  IT IS SO ORDERED.
9  Dated: June 30, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE